

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RYAN BARBOSA, | § | |
| Appellant, | § | No. 08-21-00080-CV |
| v. | § | Appeal from the |
| BRAZOS DE SANTOS PARTNERS, LTD., | § | County Court at Law No. 3 |
| Appellee. | § | of Bexar County, Texas[1] |
| | § | (TC# 2020-CV-05325) |
| | § | |

## <u>**MEMORANDUM OPINION**</u>

This appeal is before the Court on our own motion for determination of whether the appeal should be dismissed for want of prosecution. Finding that Appellant has not filed a brief or a motion for extension of time, we dismiss the appeal.

On June 7, 2021, the Clerk of the Court sent Appellant a notice that his brief was overdue and no motion for extension of time had been filed. Further, the notice advised Appellant of the Court's intent to dismiss this appeal for want of prosecution unless he responded showing grounds

---

[1] We hear this case on transfer from the Fourth Court of Appeals in San Antonio. *See* TEX. R. APP.P. 41.3.

1

to continue the appeal. No response has been received as of this date.

This Court possesses the authority to dismiss an appeal for want of prosecution when the appellant has failed to file a brief in the time prescribed and gives no reasonable explanation for such failure. TEX. R. APP. P. 38.8(a)(1). Because Appellant failed to file his brief and has not responded to our inquiry, we dismiss the appeal for want of prosecution pursuant to TEX. R. APP. P. 38.8(a)(1), 42.3(b), and 42.3(c).


                                          GINA M. PALAFOX, Justice

July 30, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.

2